Federal Correctional Institution
Victorville #1
Walter Pernillo 68141-112
P.O Box 3725
Adelanto, CA 92301



Clerk of the U.S District court
501 East Court Street, Suite 2.500
Jackson, MS 39201



RECEIVED
AUG -7 2023
U.S DISTRICT COURT
SOUTHERN DISTRICT OF MISS.