UNITED STATES DISTRICT COURT
FOR THE
<u>Southern</u> DISTRICT of Mississippi

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff/Respondent )<br> )<br>v. )<br> )<br> )<br>Defendant/Petitioner )<br> )<br><u>Walter Pernillo</u> ) | CASE NUMBER:<br>U.S.D.C. No.<br><br>MOTION FOR REDUCTION OF SENTENCE, PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1B1.10 |

FILED JAN 09 2024 ARTHUR JOHNSTON DEPUTY — SOUTHERN DISTRICT OF MISSISSIPPI

   NOW COMES, the Petitioner,                    Petitioner PRO-SE, moving this Honorable Court for a reduction of sentence. This motion is made pursuant to Title 18 U.S.C. § 3582(c)(2) and is based on a sentencing range that has subsequently been changed by the United States Sentencing Commission pursuant to Title 28 U.S.C. § 994(o), that calls for a maximum base offense level of 38, as amended on <u>August 24, 2023</u> and that has been made retroactive explicitly by the amendment in effect on <u>February 1, 2023</u> U.S.S.G. § 1B1.10.

   This motion is based on the records and transcripts of the above entitled case, and any other evidence that this Honorable Court wishes to include in its ruling on this motion.
Date:

                              Respectfully submitted,
                              <u>Walter Pernillo</u>

# CERTIFICATE OF SERVICE

I, Walter Pernillo hereby certify that I have served a true and correct copy of the following:

Motion for reduction of sentence, Pursuant to Title 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1B1.10

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Clerk of the U.S. District Court
501 East Court Street, Suite 2.500
Jackson Mississippi 39201

and deposited same in the United States Mail at the Federal Correctional Institution, Victorville F.C.I P.O Box 3725 Adelanto, CA 92301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 4 day of January, 2024.

Walter Pernillo 68141-112