

Federal Correctional Institution
Walter Permillo 08141-112
P.O. Box 3725
Adelanto, CA 92301

SN BERNARDINO CA 923
4 JAN 2024 PM 7 L

ATTN: Clerk of the court
Clerk of the U.S. District Court
501 East Court Street, Suite 2.500
Jackson, Mississippi 39201

RECEIVED
JAN 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

39201-502825