Case 3:14-cr-00117-DPJ-FKB   Document 398   Filed 10/03/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America )<br>v. )<br>WALTER PERNILLO )<br> )<br>Date of Original Judgment: 04/21/2016 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 3:14cr117DPJ-FKB-005<br>USM No: 68141-112<br><br>Abby Brumley Edwards<br>*Defendant's Attorney* |

FILED — Oct 03 2024 — ARTHUR JOHNSTON, CLERK — By: _____, Deputy Clerk
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/21/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/3/24

Judge's signature

Effective Date: _____
*(if different from order date)*

The Honorable Daniel P. Jordan III, Chief U.S. District Judge
*Printed name and title*