IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 3:14cr117-DPJ-FKB-5

WALTER PERNILLO

## MOTION TO WITHDRAW

COMES NOW, Abby Brumley Edwards, First Assistant Federal Public Defender, on behalf of the Office of the Federal Public Defender, to respectfully request that she be allowed to withdraw as counsel of record for the defendant, Walter Pernillo. Mrs. Edwards and the Office of the Federal Public Defender were appointed for the limited scope of reviewing Mr. Pernillo's case to determine eligibility under the 2023 USSC Amendment 821 sentencing reduction and represent the defendant if he was deemed eligible by our office. Our office has completed its representation of Mr. Pernillo's case and requests to withdraw as counsel.

WHEREFORE, we respectfully request that this motion be granted allowing the Office of the Federal Public Defender to withdraw as counsel of record.

This the 3rd day of October, 2024.

Respectfully submitted,

 /s/ *Abby Brumley Edwards*
Abby Brumley Edwards, MB#101929
First Assistant
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: abby_brumley_edwards@fd.org

## **CERTIFICATE OF SERVICE**

I, Abby Brumley Edwards, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system, which sent notification of such filing to all attorneys of record.

This the 3rd day of October, 2024.

*/s/Abby Brumley Edwards*
First Assistant